UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Scott Michaels,   *Plaintiff,*

v.   Erik Stover,   *Defendant.*

Case No. 1:25-cv-07017 (RA)(SDA)

---

## LETTER REGARDING CASE STATUS

Dear Judge Aaron:

I respectfully write to advise the Court that I do not intend to proceed with service or further action in this matter at this time. This letter should not be construed as a waiver, release, or abandonment of any claims or rights that I may assert against the Defendant in the future.

I understand that the Court may administratively close the case **without prejudice**, and I have no objection to that outcome.

Respectfully submitted,

/s/ Scott Michaels

Scott Michaels

*Plaintiff, Pro Se*

Suite A, 82 James Carter Road

Mildenhall, IP28 7DE

United Kingdom